UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SYLVIA OLIVER,
for Terricina Oliver,

                              Plaintiff,

- against -

HON. JO ANNE BARNHART,
Social Security Administration,

                         Defendants.
-----------------------------------------------------------X

O R D E R

05 CV 3216 (ARR)

ROSS, United States District Judge:

Pursuant to plaintiff's request for counsel in the captioned case, the court has contacted Christopher Bowes, Esq., Executive Director of the Center for Disability Advocacy Rights (CeDAR), 841 Broadway, Suite 605, New York, New York, 10003, and requested that he consult with plaintiff regarding the continuation of SSI benefits for her granddaughter, Terricina Oliver. Accordingly,

IT IS ORDERED that plaintiff contact Mr. Bowes at (212) 979-7575 and arrange for an appointment. Plaintiff must bring all relevant papers to Mr. Bowes on the date of her appointment. If plaintiff fails to contact Mr. Bowes to arrange for a consultation, the

1

Court shall make no further effort on her behalf to locate <u>pro</u> <u>bono</u> counsel.

SO ORDERED:

Dated: Brooklyn, New York
　　　　September 2, 2005

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALLYNE R. ROSS
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## MAILING LIST

Sylvia Oliver
2364 Batchelder Street
Apt. 4 C
Brooklyn, NY 11229

John M. Kelly
Assistant U.S. Attorney
U. S. Attorney's Office
EDNY
One Pierrepont Plaza
Brooklyn, NY 11201

Mag. Judge Bloom